**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Appellant filed his brief on August 15, 2013. By letter dated August 22, 2013, the Court informed appellant that his brief was deficient and instructed appellant to file an amended brief within ten days of the date of the letter. On August 29, 2013, appellant filed a motion asking the Court to return his briefs. We **GRANT** appellant's motion. We **DIRECT** the Clerk of this Court to return the briefs to appellant.

Appellant shall file an amended brief correcting the deficiencies on or before **September 30, 2013**.

/s/     DAVID LEWIS
         JUSTICE